UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                              7:18cr284 (JSR)

-v-

EUGENE JOHNSON,                              **Consent to Proceed by**
                                                              **Video or Teleconference**
                           **Defendant.**

-----------------------------------------------------------X

       The defendant, **EUGENE JOHNSON**, hereby voluntarily consents to proceed in the following proceeding via _✓_ videoconference or _____ teleconference:

_____ Initial Appearance Before a Judicial Officer

_____ Arraignment (Note: If on a Felony Information, Defendant must sign separate Waiver of Indictment Form)

_____ Bail/Detention Hearing

_____ Conference Before a Judicial Officer

_✓_ Sentencing


      Consent obtained on the record.
_____            _/s/ *Bruce D. Koffsky*_____
Defendant's Signature                                 Defense Counsel's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign
For Defendant)


__Eugene Johnson_____        _Bruce D. Koffsky_____
Print Defendant's Name                               Print Counsel's Name

      This proceeding was conducted by reliable videoconferencing technology on May 29, 2020.

                                                                 _____
                                                                  United States District Judge

                                                                  May 29, 2020